**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02364-REB-KLM

UNDERCURRENT LLC,

    Plaintiff,

v.

LOYAL TV, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Defendant's Motion To Dismiss Plaintiff's Amended Complaint Under Fed.R.Civ.P. 12 (b)(6)** [#21] and **Defendant's Memorandum in Support of its Motion To Dismiss Plaintiff's Amended Complaint Under Fed.R.Civ.P. 12(b)(6)** [#22] both filed December 26, 2008. The motion and brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: December 29, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.