IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-02364-REB-KLM

UNDERCURRENT LLC,

    Plaintiff,

v.

LOYAL TV, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of The Parties For Dismissal of The Action in its Entirety With Prejudice** [#35] filed June 18, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of The Parties For Dismissal of The Action in its Entirety With Prejudice** [#35] filed June 18, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for November 20, 2009, is **VACATED**;

3. That the jury trial set to commence December 14, 2009, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 19, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge